Indictor v Indictor (2025 NY Slip Op 01617)

Indictor v Indictor

2025 NY Slip Op 01617

Decided on March 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
DEBORAH A. DOWLING
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

2023-00970
 (Index No. 50551/12)

[*1]Helen Indictor, respondent, 
v
Shimon L. Indictor, appellant.

Shimon Indictor, named herein as Shimon L. Indictor, Brooklyn, NY, appellant pro se.

DECISION & ORDER
In a consolidated action for a divorce and ancillary relief, the defendant appeals from an order of the Supreme Court, Richmond County (Paul Marrone, Jr., J.), dated January 24, 2023. The order vacated a stay of so much of a decision and order (one paper) of the same court (Dennis Owens, Ct. Atty. Ref.) dated March 28, 2022, as directed the defendant to submit a judgment of divorce, on notice, within 60 days from the date of the decision and order and, thereupon, directed the defendant to submit a judgment of divorce, on notice, on or before February 23, 2023.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order must be dismissed, as no appeal lies as of right from an order that does not determine a motion made on notice (see CPLR 5701[a][2]), and we decline to grant leave to appeal (see id. § 5701[c]; Kelsey v Rutledge, 214 AD3d 862, 862; McGowan v Great N. Ins. Co., 105 AD3d 714, 715).
MILLER, J.P., DOWLING, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court